

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Brandon Hendrick Pressley,

\* From the Criminal District Court No. 3
  of Tarrant County,
  Trial Court No. 1589482D.

Vs. No. 11-24-00157-CR

\* September 19, 2024

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to delete the $200 fine. As modified, we affirm the judgment of the trial court.